**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CRIMINAL ACTION NO. 5:05-CR-00009-KDB-DCK**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** <br><br> **Plaintiff,** <br><br> **v.** <br><br> **ANTHONY DEWAYNE MCCLELLAND,** <br><br> **Defendant.** | **ORDER** |

Pursuant to the First Step Act of 2018 and upon Motion of Defendant **ANTHONY DEWAYNE MCCLELLAND** for an Amended Judgment and reduction in sentence, the Court hereby orders that Defendant's term of imprisonment and commitment to custodial authorities is reduced to an aggregate sentence of **TIME SERVED PLUS FIVE (5) DAYS.** The Government consents to a time-served sentence. *See* (Doc. No. 1747).

The Court further **ORDERS** that the Defendant, upon release from imprisonment, shall be placed on supervised release for a term of 4 years on Count 1.

All other terms and conditions of Defendant's sentence remain in full force and effect.

**IT IS SO ORDERED.**

Signed: April 8, 2020

Kenneth D. Bell
United States District Judge